**Order entered January 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01206-CV

## IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02268-1**

## ORDER

Before the Court is appellant's January 17, 2020 motion to extend the time to file her brief on the merits. We **GRANT** the motion and extend the time to **February 18, 2020**. We caution appellant that further requests for extension of time will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE